U.S. District Court
Western District of Louisiana
Robert H. Shemwell, Clerk
RECEIVED
Date: 03-21-06
By M. Cassanova

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 06-50020-01** |
| **versus** | **MAGISTRATE JUDGE MARK HORNSBY** |
| **THANH MA** | |

## O R D E R

On the basis of the evidence in the record of the defendant's financial condition, the Court finds that the defendant is financially unable to employ counsel and appoints the office of the Federal Public Defender to represent her or to recommend counsel to represent her. However, the Court further finds that her income is in excess of the amount needed to provide the necessities of life. In accordance with the provisions of 18 USC § 3006A(f),

**THE DEFENDANT IS ORDERED** to pay the sum of $250.00 per month to help defray the cost of her legal representation. The first payment shall be by check or money order drawn to the order of Robert H. Shemwell, Clerk of Court, and shall be delivered to the Office of the Federal Public Defender no later than April 03, 2006. Additional payments are due by the first business day of each month and shall continue until defendant has paid a total of $1,000. The payments will be credited to the CJA appropriation.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana on March 21, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE

COPY SENT BY MWC: MLH