RECEIVED
BY: _____
JUN 2 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 06-50020-01 |
| VERSUS | MAGISTRATE JUDGE HORNSBY |
| THANH N. MA | |

### ORDER

**PREMISES CONSIDERED:**

IT IS HEREBY ORDERED that the United States Marshal's Service provide defendant, THANH N. MA, with transportation or fare for transportation from her home in Irvine, California, to Shreveport, Louisiana, and any subsistence expenses to which she is entitled under 18 U.S.C. §4285, in order to attend the sentencing hearing scheduled in this case at 2:00 p.m., July 14, 2006.

Defendant is <u>not</u> entitled to return transportation back to California.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 26 day of June, 2006.

United States Magistrate Judge